# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 24, 2006*

[Cite as *04/24/2006 Case Announcements*, 2006-Ohio-1978.]

## MOTION AND PROCEDURAL RULINGS

**2003–1572. State ex rel. Howard v. Indus. Comm.**
Franklin App. No. 97AP–860. This cause came on for further consideration of appellant's motion for leave to file a motion to invoke Section 38 of Article II of the Ohio Constitution against Chief Justice Moyer. Upon consideration thereof,
IT IS ORDERED by the court that the motion for leave is denied.

**2005–2162. Bellman v. Am. Internatl. Group.**
Lucas App. No. L–03–1301, 163 Ohio App.3d 540, 2005-Ohio-5250. This cause is pending as an appeal from the Court of Appeals for Lucas County. Upon consideration of the motion of appellee Auto Insurance Company to supplement the record,
IT IS ORDERED by the court that the motion is granted and that the Clerk of the Lucas County Court of Common Pleas shall certify and transmit the original filings in Lucas County Common Pleas Case No. CI 2002–3525 to the Clerk of this court within 20 days of the date of this entry.

**2006–0363. Bd. of Edn. of Kettering City Schools v. Montgomery Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2004–A–1209. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the parties' joint motion to remand this cause to the Board of Tax Appeals,
IT IS ORDERED by the court that the joint motion to remand is granted.

**2006–0646. Ohio Consumers' Counsel v. Public Util. Comm.**
Public Utilities Commission, No. 05–792–EL–ATA. This cause is pending before the court as an appeal from the Public Utilities Commission. Upon consideration of the motion of Dayton Power and Light Company for leave to intervene as an appellee,
IT IS ORDERED by the court that the motion is granted.

## MISCELLANEOUS DISMISSALS

**2005–2134. Preferred Capital, Inc. v. Power Eng. Group, Inc.**
Summit App. No. 22475, 163 Ohio App.3d 522, 2005-Ohio-5113. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of the application for dismissal of appellant Richard Oscar and Associates,
IT IS ORDERED by the court that the application for dismissal is granted.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that the appeals of the other appellants remain pending.

**2006–0111. State v. Lamarr.**
Logan App. No. 8–04–39, 2005-Ohio-6030. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due April 7, 2006, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,
IT IS ORDERED by the court that this cause is dismissed sua sponte.